IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL PRASAD,<br><br>        Petitioner,<br><br>   vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent.<br>_____ / | 1:06-CV-01051-AWI-LJO-HC<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |

Petitioner is proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254. When Petitioner filed the petition on August 7, 2006, he was in custody at the Service Processing Center in Florence, Arizona. Along with the petition, Petitioner also filed an application to proceed in forma pauperis on the type of form used by a prisoner. On August 31, 2006, Petitioner filed a notice of change of address indicating that he was released from custody. Due to his release and change of status from a prisoner to a non-prisoner, Petitioner must submit a new application to proceed in forma pauperis on the type of form used by a non-prisoner, or in the alternative, pay the $5.00 filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Petitioner the form for application to proceed in forma pauperis **for a non-prisoner;**

2. Within thirty days of the date of service of this order, Petitioner shall submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the

1

alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   September 15, 2006**              /s/ Lawrence J. O'Neill
23ehd0                                       UNITED STATES MAGISTRATE JUDGE