UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL PRASAD, ) | 1:06-CV-01051 AWI LJO HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #6] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| PEOPLE OF THE STATE OF ) | |
| CALIFORNIA, ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |
| Respondent. ) | |

Petitioner is a former prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 3, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to prosecute. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 3, 2006, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED; and

3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:**      **January 11, 2007**                 /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE